**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ONANEY POLANCO, as Parent and Natural
Guardian of A.D., and ONANEY POLANCO,
Individually,

                                 Plaintiff,

            -against-

MEISHA PORTER, in her official capacity as
Chancellor of New York City Department of
Education; and the NEW YORK CITY
DEPARTMENT OF EDUCATION,

                              Defendants.
------------------------------------------------------------X

21 **CIVIL** 10927 (MKV)

**<u>JUDGMENT</u>**

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated March 31, 2023, Plaintiff's motion

for summary judgment is DENIED. Defendant's motion for summary judgment is GRANTED;

accordingly, the case is closed.

**Dated:** New York, New York

        March 31, 2023

                                      **RUBY J. KRAJICK**

                               _____
                                     **Clerk of Court**

**BY:**      *K. mango*

                                     _____
                                      **Deputy Clerk**